# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN R. CORDOVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWIRE COMPANY, LLC. and DOES 1 - 25, inclusive,<br><br>Defendant. | CASE No. 5:18-cv-02607-MWF (KKx)<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear her/its own respective costs and fees.

**IT IS SO ORDERED**.

Dated: October 2, 2019          By: _____

Hon. Michael W. Fitzgerald

ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE